UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID MANSKER,<br><br>                            Petitioner,<br><br>              v.<br><br>BANK OF AMERICA CORPORATION<br>LLC, et al.,<br><br>                            Respondents. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

Case No. MC 11-278 UA (FFMx)

ORDER DISMISSING ACTION

*Pro se* petitioner, David Mansker, filed a Petition for Depositions to Perpetuate Testimony in the United States District Court for the Central District of California on July 21, 2011.

Petitioner never filed a proof of service and respondents never entered an appearance.  Over three years having past since the date of filing, it is clear that petitioner has failed to prosecute and, in fact, has abandoned this action.

## **DISCUSSION**

It is well established that a District Court has authority to dismiss an action because of failure to prosecute.  *See* Fed. R. Civ. P. 41(b); *Link v. Wabash Railroad Co.*, 370 U.S. 626, 629-30, 82 S. Ct. 1386, 8 L. Ed. 2d 734 (1962) (authority to dismiss for lack of prosecution necessary to prevent undue delay in disposing of pending cases and avoid congestion in court's calendars); *Ferdik v. Bonzelet*, 936 F.2d 1258, 1260 (9th Cir.

1992) (authority to dismiss action for failure to comply with any order of the court). Here it is apparent that dismissing the action is merely a bookkeeping measure necessary to clear the Court's docket of a matter that has been abandoned.  Petitioner has failed to serve the petition or otherwise take any steps to prosecute this action.

IT IS THEREFORE ORDERED that this action is hereby dismissed without prejudice.

DATED:  11/14/14

_____
GEORGE H. KING
Chief United States District Judge

Presented by:

 /S/ FREDERICK F. MUMM
FREDERICK F. MUMM
United States Magistrate Judge